UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GRAY, individually and on behalf of all others similarly situated, | Civil Action No.: 1:07 Civ. 9790 (SHS) (DCF) |
| Plaintiff, | ECF CASE |
| v. | |
| CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20, | |
| Defendants. | |
| SHAUN ROSE, Individually and On Behalf of All Others Similarly Situated, | Civil Action No.: 1:07 Civ. 10294 (DC) (GWG) |
| Plaintiff, | ECF CASE |
| v. | |
| CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP, INC., THE 401(k) INVESTMENT COMMITTEE and JOHN DOES 1-10. | |
| Defendants. | |
| MEREDITH TRANBERG, individually and on behalf of all others similarly situated, | Civil Action No.: 1:07 Civ. 10341 (UA) |
| Plaintiff, | ECF CASE |
| v. | |
| CITIGROUP, INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP, INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20, | |
| Defendants. | |

| | |
|---|---|
| ANTON K. RAPPOLD, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CITIBANK, N.A., CHARLES PRINCE, THE PLANS ADMINISTRATION COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN and JANE DOES 1-10,<br><br>                                    Defendants. | Civil Action No.: 1:07 Civ. 10396 (UA)<br><br>ECF CASE |
| SAMIER TADROS, on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>-against-<br><br>CITIGROUP INC., CHARLES O. PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANN DIBBLE JORDAN, KLAUS KLEINFELD, ANDREW N. LIVERIS, ANNE MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, JOHN DOES 1-20 (BEING CURRENT AND FORMER MEMBERS OF THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC.) and JOHN DOES 21-40 (BEING CURRENT AND FORMER MEMBERS OF THE INVESTMENT COMMITTEE OF THE CITIGROUP INC. 401 (K) PLAN),<br><br>                                    Defendants. | Civil Action No.: 1:07 Civ. 10442 (UA)<br><br>ECF CASE |

| | |
|---|---|
| STEPHAN FIORINO, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CITIBANK N.A., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20,<br><br>                                        Defendants. | Civil Action No.: 1:07 Civ. 10458 (UA)<br><br>ECF CASE |
| JAMES BOLLA, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CITIBANK N.A., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20,<br><br>                                        Defendants. | Civil Action No.: 1:07 Civ. 10461 (UA)<br><br>ECF CASE |

| | |
|---|---|
| MARK GEROULO, individually, on behalf of the CITIGROUP 401(k) Plan, the CITIBUILDER 401 (K) PLAN FOR PUERTO RICO, and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>CITIGROUP, INC., CITIBANK, N.A., THE PLAN ADMINISTRATIVE COMMITTEE OF CITIGROUP, INC., MICHAEL E. SCHLEIN, JOHN DOES 1-10, THE CITIGROUP 401(k) PLAN INVESTMENT COMMITTEE and JOHN DOES 10-20, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNÁNDEZ, ANN DIBBLE JORDAN, ANDREW N. LIVERIS, DUDLEY C. MECUM, ANNE M. MULCAHY, RICHARD D. PARSONS, ANDRALL E. PEARSON, CHARLES PRINCE, JUDITH RODIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, SANDFORD I. WEILL,<br><br>                              Defendants. | Civil Action No.: 1:07 Civ. 10472 (UA)<br><br>ECF CASE |

## AMENDED CERTIFICATE OF SERVICE

I, Susan Salvetti, hereby certify that on December 10, 2007 I caused to be electronically filed, true and correct copies of the foregoing documents:

- Response to the *Gray and Tadros* Plaintiffs' Motion for (1) Consolidation, (2) Appointment of Lead Plaintiffs and Leadership Structure, and (3) Entry of [Proposed] Pretrial Order No. 1 on Behalf of Plaintiff Anton K. Rappold, and

- this Certificate of Service

with the Clerk of the Court using the ECF system, which will electronically notify the following ECF participants:

rfinkel@wolfpopper.com
alencyk@wolfpopper.com
mrosner@wolfpopper.com
jkelly@wolfpopper.com

ronen@sarrafgentile.com
rharwood@hfesq.com
srosen@hfesq.com

I further certify that I have caused true and correct copies of the foregoing documents to be served by U.S. Mail to the following:

**Counsel for Plaintiffs**

Mark K. Gyandoh, Esq.
Joseph A. Weeden, Esq.
Schiffrin & Barroway Topaz &
  Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

*Counsel for Plaintiff Shaun Rose*
*(07cv10294)*

Milo Silberstein, Esq.
Dealy & Bernstein, LLP
225 Broadway, Suite 1405
New York, New York 10007

*Counsel for Plaintiff Shaun Rose*
*(07cv10294)*

Jeffrey H. Squire, Esq.
Brager, Wexler, Eagel &
  Morgenstern, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022

*Counsel for Plaintiff Meredith Tranberg*
*(07cv10341)*

Lionel Z. Glancy, Esq.
Glancy, Binkow & Goldberg, LLP
1801 Avenue of the Stars -Suite 311
Los Angeles CA 90067

*Counsel for Plaintiff Samier Tadros*
*(07cv10442)*

Howard G. Smith, Esq.
Law Offices of Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020

*Counsel for Plaintiff Samier Tadros*
*(07cv10442)*

Ann D. White, Esq.
Ann D. White Law Offices, P.C.
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkinstown, PA 19046

*Counsel for Plaintiff James Bolla*
*(07cv10461-UA)*

Joseph Gentile, Esq.
Sarraf Gentile LLP
485 Seventh Ave., Suite 1005
New York, NY 10018

*Counsel for Plaintiff Mark Gerulo*
*(07cv10472)*

**Counsel for Defendants**

Lawrence B. Pedowitz, Esq.
George T. Conway, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Brad S. Karp, Esq.
Susanna M. Buergel, Esq.
Paul, Weiss, Rifkind, Wharton &
  Garrison LLP
1285 Avenue of the Americas
New York, NY 10019


Dated:  December 10, 2007

                   ___/s  Susan Salvetti_____
                   Susan Salvetti (SS 1508)